1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GLENWOOD CAMPBELL,<br><br>Petitioner,<br><br>v.<br><br>KEVIN HIXON, Warden,<br><br>Respondent. | No. 2:25-cv-01570-AB-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Petition is denied.
3. Respondent's Motion to dismiss (ECF 10) is granted.
4. Judgment shall be entered dismissing this action with prejudice.

5. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: October 29, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE