JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GLENWOOD CAMPBELL,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>KEVIN HIXON, Warden,<br><br>　　　　　Respondent. | No. 2:25-cv-01570-AB-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied, and the action is dismissed with prejudice.

DATED: October 29, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE